# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

CHARLES CAVER                       :

    Petitioner,                     :

v.                                  :       CIVIL ACTION NO. 03-00661-BH-B

GWENDOLYN MOSLEY,                   :

    Respondent.                     :

## **ORDER**

    After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a _de novo_ determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that petitioner's petition for habeas corpus relief is hereby DENIED.

    **DONE** this 15th day of August, 2005.

s/ W. B. Hand  
SENIOR DISTRICT JUDGE
