# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

CHARLES CAVER                  :

    Petitioner,                :

v.                             :        CIVIL ACTION NO. 03-00661-BH-B

GWENDOLYN MOSLEY,              :

    Respondent.                :

## **JUDGMENT**

It is ORDERED, ADJUDGED, and DECREED that this petition for habeas corpus relief be and is hereby DENIED.

**DONE** this 15th day of August, 2005.

                                                                 s/ W. B. Hand
                                                        SENIOR DISTRICT JUDGE